JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER ANTONOV,<br><br>　　　　　Plaintiff<br><br>　vs.<br><br>TECHSICO, INC.,<br><br>　　　　　Defendant. | No. 2:19-cv-10138-JAK (KSx)<br><br>**ORDER RE STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION (DKT. 19)** |

Based on a review of the Stipulation Re Voluntary Dismissal of Entire Action (the "Stipulation" (Dkt. 19)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. The entire action is **DISMISSED** with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: October 27, 2020

_____
John A. Kronstadt
United States District Judge